**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of October, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| Shane Lincoln Keyser, | ) | Case No. 13-23031 |
| KimBerly Jean Keyser, | ) | |
| Debtor. | ) | |

### ORDER GRANTING DEBTORS' OBJECTION TO MORTGAGEE'S NOTICE OF MORTGAGE PAYMENT CHANGE

NOW, on the date above written, the Court takes up Debtor's Objection to Mortgagee's Notice of Mortgage Payment Change filed by US Bank National Association/Specialized Loan Servicing (Doc. #81). For good cause shown, and finding no timely objections filed thereto, said Objection is GRANTED

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Notice of Mortgage Payment Change filed by US Bank National Association/Specialized Loan Servicing is denied and the mortgage payment shall remain $1,814.42.

# # #

PREPARED BY:    APPROVED AS TO FORM:

*/s/ Nancy L. Skinner*
Hilliard L. Moore KS Fed #78309, MO #64039
Lisa Billman KS #25177, MO #64535
Nancy L. Skinner KS #24821, MO #62247
Douglas B. Breyfogle KS #16024, MO #45234
8730 Bourgade Ave. Suite 200
Lenexa, KS  66219
(913) 742-8700
(913) 273-1343 (Fax)
ecf@MooreandAssociatesKC.com
Attorneys for Debtor

*/s/ William H. Griffin*
William H. Griffin, Trustee # 08060
5115 Roe Blvd., Suite 200
Roeland Park, KS 66205-2393
(913) 677-1311
(913) 432-7857 FAX